# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KEVIN S O'LEARY,<br><br>           Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | NO. C20-1020RSL<br><br>ORDER OF REFERENCE<br>Non-Dispositive Motion<br>Pending in Civil Case |

The Court hereby refers to United States Magistrate Judge Mary Alice Theiler, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Petitioner's Motion for appointment of counsel.

The Magistrate Judge shall hear and determine such motion. Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 14th day of July, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE